**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

_____

**LORENZO JOHNSON,**
                        **Petitioner,**

**v.**                                                                            **Case No. 14-cv-0758**

**WILLIAM POLLARD, Warden,
WAUPUN CORRECTIONAL INSTITUTION,**
                        **Respondent.**

_____

## ORDER

Pro se petitioner Lorenzo Johnson filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, alleging that his state court conviction and sentence were imposed in violation of the Constitution. Petitioner filed an unopposed Motion for Extension of Time to respond to respondent's Motion to Dismiss (ECF No. 8), stating that he is learning disabled and the inmate who has been assisting him has been placed in segregation. I will grant petitioner an additional 30 days to respond to the motion to dismiss.

Petitioner also requests that certain information be added to his petition, specifically under Section III.5 on page 4 of his petition. I will grant his motion and consider the additional information he provided as part of his petition.

**THEREFORE, IT IS ORDERED** that petitioner's Motion for Extension of Time (ECF No. 10) is **GRANTED**. Petitioner shall file a response to respondent's motion to dismiss on or before **November 10, 2014**.

**IT IS FURTHER ORDERED** that petitioner's Motion to Amend or Supplement his petition (ECF No. 10) is **GRANTED**. The additional information provided in his motion shall be incorporated as part of the petition.

Dated at Milwaukee, Wisconsin, this 10th day of October, 2014.

                                                    s/ Lynn Adelman
                                                    _____
                                                    LYNN ADELMAN
                                                    District Judge